April 25, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ZULEIMA OLIVARES, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF PEDRO OLIVARES, JR., AND PEDRO OLIVARES, Appellants

NO. 14-12-00198-CV          V.

BROWN & GAY ENGINEERING, INC., AND MIKE STONE ENTERPRISES, INC., Appellees

_____

This cause, an appeal from the orders in favor of appellees, Brown & Gay Engineering, Inc., and Mike Stone Enterprises, Inc., signed February 23, 2012, was heard on the transcript of the record. We have inspected the record and find error in the orders granting dismissal. We therefore order the trial court's orders **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Brown & Gay Engineering, Inc., and Mike Stone Enterprises, Inc.

We further order this decision certified below for observance.